THIVIERGE & ROTHBERG PC
ATTORNEYS AT LAW

Christina D. Thivierge (NY, NJ)
christina@trspecialedlaw.com
Randi M. Rothberg (NY)
randi@trspecialedlaw.com

Katharine M. Giudice (NY)
katharine@trspecialedlaw.com
Rose S. Nissen (NY)
rose@trspecialedlaw.com
Jordana S. Levey (NY)
jordana@trspecialedlaw.com

September 9, 2026

**ECF Filing**
Honorable Magistrate Judge Lee G. Dunst, U.S.D.J.
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtrooms 1030 and 830
Central Islip New York 11722

**RE: M.W. et. al. v. Roslyn Union Free School District**
**Civil Court Case No. 25-cv-6775**

Dear Honorable Magistrate Judge Dunst:

This office represents Plaintiff M.W. and her minor child H.W. in the above-referenced matter. Plaintiff wishes to provide an update regarding the Parties' settlement discussions. The Parties have concurred on a written agreement-in-principle, which the Plaintiff has recently signed and returned to Defendant. Defendant's attorney, Susan Gibson, Esq., has informed me that subject to and pending final approval by the Defendant's Board of Education, it is anticipated that Defendant will counter-sign the agreement at tomorrow's scheduled school board meeting. Parties will provide a further update as soon as the settlement agreement has been fully executed.

Respectfully submitted,

/s/

Christina D. Thivierge (CT 9565)
Thivierge & Rothberg, PC
Attorneys for Plaintiffs

**Cc via ECF:**
Susan Gibson, Esq.
Ingerman Smith LLP
Attorneys for Defendant